IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
COURT NEBRASKA
AUG 2 5 2006
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR253 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| TIMOTHY A. PEAVY, | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Tregg R. Lunn, as a Criminal Justice Act Training Panel Member, to assist in the defense of TIMOTHY A. PEAVY

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Tregg R. Lunn is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Tregg R. Lunn shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, TIMOTHY A. PEAVY

Dated: August 25, 2006

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE